UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Rouse<br>  Plaintiff,<br>vs.<br><br>OJ Real Estate LLC and<br>Los Dos Hermanos Inc.<br>  Defendants. | Case No. 24-cv-01300 (DLI/PK) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AGAINST All DEFENDANTS

  Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants.

May 1, 2024

        Respectfully submitted,

        *s/ Jennifer E. Tucek, Esq.*
        Law Office of Jennifer Tucek, PC
         *Attorney for Plaintiff*
        Bar No. JT2817
        315 Madison Avenue, #3054
        New York, N.Y. 10017
        (917) 669-6991
        TucekLaw@Gmail.com